# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MAURICE TIMOTHY DEWS**                                           PLAINTIFF
Reg #45176-007

v.                              No. 2:23-cv-236-DPM

**USA**                                                            DEFENDANT

## ORDER

Unopposed recommendation, *Doc. 16*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Strike recommended. 28 U.S.C. § 1915(g). Any *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 January 2024