IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MAURICE TIMOTHY DEWS**　　　　　　　　　　　　　　　PLAINTIFF
Reg #45176-007

v.　　　　　　　　　　No. 2:23-cv-236-DPM

**USA**　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANT

JUDGMENT

Dews's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

3 January 2024